IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION


| | | |
|---|---|---|
| MICKEY LEE MOODY, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 1:16cv385-MHT |
| | ) | (WO) |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

<u>JOHNSON ORDER</u>

Because the Federal Defender has been appointed to
"represent any defendant sentenced in this district who
was previously determined to have been entitled to
appointment of counsel, or who is now indigent, to
determine whether the defendant may qualify for federal
habeas relief under 28 U.S.C. § 2255 or 28 U.S.C. §
2241 in light of <u>Johnson v. United States</u>, 135 S. Ct.
2551 (2015)," <u>see</u> Misc. Order No. 2:16-mc-3744-WKW; and
because the petitioner seeks to raise a <u>Johnson</u> claim,
it is ORDERED as follows:

(1) The Federal Defender is appointed to represent the petitioner and to take all appropriate future action as is necessary.

(2) If, for whatever reason, the Federal Defender does not wish to represent petitioner, she can file an appropriate motion to withdraw.  If   the   Federal Defender does not think it prudent to state explicitly the reason for the withdrawal, she need not do so.

The clerk of the court is to arrange for the Federal Defender to receive a copy of this order.

DONE, this the 2nd day of June, 2016.

　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　UNITED STATES DISTRICT JUDGE